IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

Orlando Division

In re: Gregory Michael Beech and
Christine Mangum Beech, Debtors.

**Case No.** 6:16-bk-08070-RAC

GREGORY MICHAEL BEECH,

    Plaintiff,

vs.

UNITED STATES OF AMERICA, United
States Department of Education.

    Defendant.
_____/

# Complaint Seeking Declaration that Student Loan Is Dischargeable Pursuant to 11 USC 523(a)(8)

Plaintiff, GREGORY MICHAEL BEECH, by his undersigned counsel, files his Complaint against the Defendant, alleges as follows:

1. This is a core proceeding over which this court has jurisdiction under 28 U.S.C. § 157(b).

2. Plaintiff is the a debtor in this chapter 7 case. Defendant, UNITED STATES OF AMERICA, is a creditor of Plaintiff.

3. This is an adversary proceeding to determine the dischargeability of student loans and to enjoin enforcement of said loans.

4. Plaintiff is indebted to the United States of America, and/or the United States Department of Education in the sum of $16,506.65 for Student loans made or insured by the United States of America, and/or the United States Department of Education.

5. Plaintiff made good faith efforts to repay this debt by making payments on such loans when he was able.

6. Since 2008 the Plaintiff has not been able to make payments and is currently unable to make payments on this debt because of his low income and disability which prohibits him from engaging in meaningful full time employment.

7. In the summer of 2008, Plaintiff was involved in a motorcycle accident.

8. As a result of the motorcycle accident, Plaintiff developed serious back problems and he has great difficulty in walking or standing.

9. Plaintiff has very limited range of motion in his back and neck. He cannot drive because he can't turn his head far enough to see if it's safe to pull out of a driveway or intersection.

10. Due to his medical condition, Plaintiff cannot stand for more than a few minutes and can't walk very far.

11. Plaintiff's primary care physician is Dr. Paul Austin (in Eustis).

12. Plaintiff's back and neck pain are currently managed pharmaceutically by way of prescription drugs.

13. Plaintiff's back and neck pain are caused by degenerated disks, spinal nerve impingement, osteoarthritis and muscle spasms.

14. Due to his disability, Plaintiff's job opportunities are limited to minimum wage paying jobs.

15. Plaintiff's ability to repay the debt is unlikely to improve because the disability is not likely to improve and the Plaintiff's age will prohibit him from obtaining long term employment which would provide enough disposable income to make monthly payments.

- 3 -

16. Plaintiff cannot maintain, based on current income and expenses, a "minimal" standard of living for himself and his dependents if forced to repay the loans.

17. On September 29, 2016, Defendant filed an action against Plaintiff to collect on certain student loans, Case No. 5:16-cv-00595-JSM-PRL.

WHEREFORE, Plaintiff prays that the court enter a declaratory judgment that the debt of $16,506.65 is dischargeable under 11 U.S.C. § 523(a)(8); that the court enter judgment enjoining Defendant from taking any action against Plaintiff to enforce the debt and that Plaintiff have such other and further relief as is just.

Dated this 24 December 2016.

       /s/ N. James Turner       .
N. James Turner, Esquire
Counsel for Plaintiff
37 N. Orange Avenue
Suite 500
Orlando, Florida  32801
(888) 877-5103
Email address:  njtlaw@gmail.com
Florida Bar No. 203041