UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT FLORIDA
ORLANDO DIVISION

In re:

GREGORY MICHAEL BEECH and    Case No. 6:16-bk-08070-RAC
CHRISTINE MANGUM BEECH,

    Debtors.
_____/

GREGORY MICHAEL BEECH,    Adversary No. 6:16-ap-00129-RAC

    Plaintiff,

v.

UNITED STATES OF AMERICA,
UNITED STATES DEPARTMENT
OF EDUCATION,

    Defendant.
_____/

## ANSWER OF UNITED STATES DEPARTMENT OF EDUCATION

COMES NOW the United States Department of Education ("DOE"), by and through the undersigned Assistant United States Attorney, and responds to the allegations of Plaintiff's Complaint Seeking Declaration that Student Loan Is Dischargeable Pursuant to 11 USC 523(a)(8) (Dkt. 1), as follows:

1.    This is Plaintiff's assertion of jurisdiction to which no answer is required.  To the extent an answer is deemed required, DOE admits Plaintiff is seeking to discharge a student loan.

2.    Admit Plaintiff is a debtor and the DOE is a creditor.

3.    Admit.

4. Admit that Plaintiff is indebted to the DOE for insured student loans. The remaining allegations of this paragraph are denied.

5. Denied.

6. Denied.

7. DOE lacks sufficient information or knowledge to admit or deny the allegations of this paragraph and therefore denies the same.

8. DOE lacks sufficient information or knowledge to admit or deny the allegations of this paragraph and therefore denies the same.

9. DOE lacks sufficient information or knowledge to admit or deny the allegations of this paragraph and therefore denies the same.

10. DOE lacks sufficient information or knowledge to admit or deny the allegations of this paragraph and therefore denies the same.

11. DOE lacks sufficient information or knowledge to admit or deny the allegations of this paragraph and therefore denies the same.

12. DOE lacks sufficient information or knowledge to admit or deny the allegations of this paragraph and therefore denies the same.

13. DOE lacks sufficient information or knowledge to admit or deny the allegations of this paragraph and therefore denies the same.

14. DOE lacks sufficient information or knowledge to admit or deny the allegations of this paragraph and therefore denies the same.

15. Denied.

16. Denied.

17. Admit.

WHEREFORE, having fully answered and denied the substantive allegations in Plaintiff's Complaint the DOE respectfully requests that the relief requested by Plaintiff be denied.

          Respectfully submitted,

          A. Lee Bentley, III
          United States Attorney

By:   /s/ Ralph E. Hopkins
      RALPH E. HOPKINS
      Assistant United States Attorney
      Florida Bar No. 0972436
      400 W. Washington St., Ste. 3100
      Orlando, Florida  32801
      Telephone: (407) 648-7500
      Facsimile:  (407) 648-7588
      Email:  Ralph.Hopkins@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 31, 2017 a copy of the foregoing has been electronically filed with the Clerk of the Bankruptcy Court by using the CM/ECF system which will send a notice of electronic filing to the following:

N. James Turner, Esquire
(Counsel for Plaintiff)

Chapter 13 Trustee

          /s/ Ralph E. Hopkins
          Assistant United States Attorney