IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

Orlando Division

In re: Gregory Michael Beech and
Christine Mangum Beech, Debtors.

                                                                                    Case No. 6:16-bk-08070-RAC

GREGORY MICHAEL BEECH,

     Plaintiff,

vs.                                                                       **Adv. No. 6:16-ap-00129-RAC**

UNITED STATES OF AMERICA, United
States Department of Education.

     Defendant.
_____/

# STIPULATION OF VOLUNTARY DISMISSAL
## PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel that the above-captioned action is voluntarily dismissed, without prejudice against the defendant, UNITED STATES OF AMERICA, United States Department of Education, pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

| | |
|---|---|
|       */s/ Ralph Erik Hopkins* | /s/ *N. James Turner* |
| Ralph Erik Hopkins | N. James Turner, Esq. |
| Florida Bar No. 0972436 | Florida Bar No. 0203041 |
| Assistant United States Attorney | Counsel for Plaintiff/Debtor |
| 400 W. Washington St., Suite 3100 | 100 S. Bumby Avenue |
| Orlando, FL 32801 | Orlando, FL 32803 |
| Tel: (407) 648-7562 | (888) 877-5103 |
| Cell: (407) 488-2711 | Email address: njtlaw@gmail.com |
| Fax: (407) 648-7588 | |
| Ralph.Hopkins@usdoj.gov | |